UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RACHAEL DENHOLLANDER, et al.,

    Plaintiffs,

v.

MICHIGAN STATE UNIVERSITY, et al.,

    Defendants.
_____/

HON. GORDON J. QUIST

Lead Case No. 1:17-CV-29

Member Case Nos. 1:17-CV-676 &
    1:18-CV-1044

## ORDER GRANTING MOTIONS FOR APPROVAL OF SETTLEMENT

Upon review of Plaintiffs' Motions for Approval of Settlement and following a hearing on the motions, and the Court being otherwise fully advised,

**IT IS HEREBY ORDERED** that Plaintiffs' Motions for Approval of Settlement (ECF Nos. 910 and 940) are **GRANTED**.

**IT IS FURTHER ORDERED** that the individual settlement amounts for each minor settling Plaintiff in the above referenced cases, including their respective attorney fees and costs, are approved.

**IT IS FURTHER ORDERED** that counsel for each settling minor Plaintiff shall file in the Probate Court for the county in which each individual minor Plaintiff resides a motion for distribution of the approved settlement to a conservator appointed, or to be appointed, for the minor Plaintiff.  The settlement funds shall be held by the Qualified Settlement Fund Trustee until distribution is authorized by the Probate Court.

Dated:  March 6, 2019

        /s/ Gordon J. Quist
GORDON J. QUIST
UNITED STATES DISTRICT JUDGE